DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ARMANDO BAUTISTA-RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-0262 OWW |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE  HEARING; ORDER |
| v. | ) | Date:  August 23, 2010 |
| ARMANDO BAUTISTA-RUIZ, | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

Assistant United States Attorney Susan Phan, Counsel for Plaintiff, and Assistant Federal Defender

Victor M. Chavez, Counsel for Defendant Armando Bautista-Ruiz, that the hearing currently set for

August 2, 2010, **may be rescheduled to August 23, 2010 at 9:00 a.m.**

The reason for this continuance is that the parties are awaiting the preparation of the Presentence

Report and shortly thereafter a plea offer.   The requested continuance will conserve time and resources for

both counsel and the court.

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and

3    3161(h)(8)(B)(I) and (iv).

4                                                          BENJAMIN B. WAGNER
                                                          United States Attorney
5

6    Dated: July 29, 2010                               /s/ Susan Phan
                                                        SUSAN PHAN
7                                                       Assistant United States Attorney
                                                        Attorney for Plaintiff
8

9                                                        DANIEL J. BRODERICK
                                                         Federal Defender
10

11   Dated: July 29, 2010                               /s/ Victor M. Chavez
                                                        VICTOR M. CHAVEZ
12                                                      Assistant Federal Defender
                                                        Attorneys for Defendant
13                                                      Armando Bautista-Ruiz

14

15

16

17

18   IT IS SO ORDERED.

19   **Dated:   July 29, 2010**          _____/s/ Oliver W. Wanger_____
                                          UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

BAUTISTA-RUIZ: Stipulation to Continue Status
Conference Hearing;  Order                              −2−